1 **GUTRIDE SAFIER LLP**
SETH A. SAFIER (State Bar No. 197427)
2 seth@gutridesafier.com
MARIE MCCRARY (State Bar No. 262670)
3 marie@gutridesafier.com
100 Pine Street, Suite 1250
4 San Francisco, CA 94111
Telephone: (415) 639-9090
5 Facsimile: (415) 449-6469

6 *Attorneys for Plaintiffs*

7                       UNITED STATES DISTRICT COURT

8                       NORTHERN DISTRICT OF CALIFORNIA

9

10  LISA STARRATT and THOMAS          | Case No. 4:22-cv-03895-HSG
    SIMMONS, as individuals, on behalf of
11  themselves, the general public, and those
    similarly situated,
12                                     | **STIPULATION OF DISMISSAL**
                      Plaintiffs,
13
         v.
14
    FERMENTED SCIENCES, INC.,
15
                      Defendant.
16

17

18

19

20

21

22

23

24

25

26

27

28

1    Plaintiffs LISA STARRATT and THOMAS SIMMONS ("Plaintiffs") and FER-

2  MENTED SCIENCES, INC. ("Defendant") submit this Stipulation of Dismissal under Federal

3  Rule of Civil Procedure 41(a)(1)(A)(ii). Plaintiffs and Defendant (collectively, the "Parties")

4  hereby stipulate to the dismissal of Plaintiffs' individual claims with prejudice. The Parties fur-

5  ther stipulate that all putative class member claims are dismissed without prejudice. Each party

6  shall bear its own attorneys' fees and costs.

7

8    Dated:  June 14, 2023          **GUTRIDE SAFIER LLP**

9                                    /s/Seth A. Safier/s/
                                     Seth A. Safier, Esq.
                                     100 Pine Street, Suite 1250
10                                   San Francisco, California 94111

11                                   Attorneys for Plaintiffs, LISA STARRATT
                                     and THOMAS SIMMONS
12

13   Dated: June 14, 2023           AMIN TALATI WASSERMAN, LLP

14                                  /s/Matthew Orr/s/

15                                  Matthew Orr, Esq.
                                    515 South Flower St., 18th Floor
16                                  Los Angeles, CA 90071
                                    Attorneys for Defendant FERMENTED
17                                  SCIENCES, INC.

18

19

20

21

22

23

24

25

26

27

28